CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
PHOENIX SHIPPING CORPORATION          :
                                      :
                                      :
                          Plaintiff,  :    **07-CV-7645**
                                      :
              v.                      :    **NOTICE OF**
                                      :    **<u>APPEARANCE</u>**
ZHENHUA INTERNATIONAL LOGISTICS       :
TRANS CO. LTD.,                       :
                                      :
                                      :
                          Defendant.  :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 30, 2007

                               CLARK, ATCHESON & REISERT
                               Attorneys for Garnishee
                               Societe Generale New York Branch

       By: _____
                               Richard J. Reisert (RR-7118)
                               7800 River Road
                               North Bergen, NJ  07047
                               Tel: (201) 537-1200
                               Fax: (201) 537-1201
                               Email:  <u>reisert@navlaw.com</u>