USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 9/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHOENIX SHIPPING CORPORATION,

        Plaintiff,

- against -

TIANJIN ZHENHUA INTERNATIONAL LOGISTICS
TRANS CO. LTD.,

        Defendant.
------------------------------------------------------------X

ECF CASE

07 CIV 7645 (DAB)

### STIPULATION AND ORDER DIRECTING
### RELEASE OF ATTACHED PROPERTY

**IT IS HEREBY STIPULATED AND AGREED,** between Plaintiff PHOENIX SHIPPING CORPORATION (hereinafter referred to as "Plaintiff") and Defendant TIANJIN ZHENHUA INTERNATIONAL LOGISTICS TRANS CO. LTD., (hereinafter referred to as "Defendant") that:

WHEREAS, on or about August 28, 2007 this action was commenced by Plaintiff against Defendant in respect of a claim for alleged nonpayment of outstanding demurrage arising under a charter party dated May 18, 2007 that involved the carriage of cargo aboard the vessel JAG RAVI;

WHEREAS, on or about August 28, 2007 the Court issued an ex parte order of maritime attachment that authorized the restraint of Defendant's funds within the District in an amount up to $600,326.77;

WHEREAS, on or about September 13, 2007 garnishee bank ABN Amro advised Plaintiff that it had attached Defendant's electronic funds transfer payment and restrained the amount of $205,071.92;

WHEREAS, on or about September 20, 2007 garnishee bank ABN Amro advised Plaintiff that it had attached Defendant's electronic funds transfer payment and restrained the amount of $395,254.85;

WHEREAS, the total of the restrained payments of September 13, 2007 and September 20, 2007 equals $600,326.77 (hereinafter referred to as "the Attached Funds"), *i.e.*, the amount of the Court's ex parte order of maritime attachment;

WHEREAS, Plaintiff and Defendant have entered into a Settlement Agreement on July 25, 2008 pursuant to which Defendant will pay Plaintiff $217,500.00;

WHEREAS, the Agreement provides that the $217,500.00 settlement in favor of Plaintiff shall be paid out of the Attached Funds pursuant to wire instructions to be provided to garnishee ABN Amro by Plaintiff's attorneys Lennon, Murphy & Lennon, LLC;

WHEREAS, the Agreement provides that the remainder of the Attached Funds, *i.e.*, about $382,826.77, shall thereafter be released to Defendant pursuant to wire instructions to be provided to garnishee ABN Amro by Defendant's attorneys Burke & Parsons;

WHEREAS Defendant holds a property interest in the Attached Funds and is authorized to enter into this Agreement for their release and disbursement; and

WHEREAS, once the settlement has been funded this action shall be discontinued,

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant, through their respective undersigned counsel, as follows:

1. In accordance with the Agreement, ABN Amro shall immediately release to Plaintiff $217,500.00 of the Attached Funds pursuant to wire instructions to be provided by Plaintiff's attorneys, Lennon, Murphy & Lennon, LLC;

2. Upon the $217,500.00 settlement being paid to Plaintiff, garnishee bank ABN Amro shall thereafter promptly release the remainder of the Attached Funds, *i.e.*, about $382,826.77, from attachment pursuant to wire instructions to be provided by Defendant's attorneys, Burke & Parsons;

3. Once Plaintiff has received the settlement funds, it shall promptly enter into a stipulation with Defendant to dismiss this case with prejudice and without costs to either party pursuant to Fed.R.Civ.P. 41(a).

Dated: August 28, 2008

| | |
|---|---|
| LENNON, MURPHY & LENNON, LLC<br>Attorneys for Plaintiff<br>PHOENIX SHIPPING CORPORATION | BURKE & PARSONS.<br>Attorneys for Defendant<br>TIANJIN ZHENHUA INTERNATIONAL<br>LOGISTIC TRANS CO. LTD., |
| By: *Charles E. Murphy*<br>Charles E. Murphy<br>The Gray Bar Building<br>420 Lexington Ave., Suite 300<br>New York, New York 10170<br>(212) 490-6050- phone<br>(212) 490 6070-fax<br>cem@lenmur.com | By: *William F. Dougherty*<br>William F. Dougherty<br>100 Park Ave., Floor 30<br>New York, New York 10017<br>(212) 354-3819 - phone<br>(212) 221- 1432 - fax<br>Dougherty@burkeparsons.com |

**SO ORDERED:**

*Deborah A. Batts*
Deborah A. Batts, U.S.D.J.
9/4/08